UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

NATOSHA DUNSTON,

        Plaintiff,

-against-

MYRNA & MARK PIZZERIA, INC. and
REUVEN ALTSCHULLER, TRUSTEE,

        Defendants.
_____x

Case No.: 18-cv-04825-ENV-CLP

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated November 29, 2018

BARDUCCI LAW FIRM PLLC

By: /s Maria-Costanza Barducci, Esq
    Maria-Costanza Barducci, Esq.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

Lawrence V. Carra, Esq
Lawrence V. Cara, Esq.
114 Old Country Road Suite 212
Mineloa, NY 11501
Telephone: (516) 742-1135
Fax: (516) 742-0299
lawcarra@aol.com
*Attorney for Defendant*

cc: Via CM/ECF

The Clerk is directed to close this case.

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 12/18/2018**

/s/ USDJ ERIC N. VITALIANO
_____
Eric N Vitaliano
United States District Judge